FIRST NATIONAL BANK OF MEMPHIS, a National Banking Association, Petitioner,

v.

Marion S. BOYD, Judge of the United States District Court for the Western District of Tennessee, Respondent.

No. 13094.

United States Court of Appeals
Sixth Circuit.

Sept. 23, 1957.

Before ALLEN, MILLER and STEWART, Circuit Judges.

PER CURIAM.

This cause having been considered by the court upon the Petition for a Writ of Mandamus, the respondent's response to the order to show cause why the writ should not issue, and the oral arguments and briefs of counsel for the respective parties;

And the Court being of the opinion that the Writ should not issue for the reasons stated by the Court in its opinion filed this day,

It Is Ordered that the Writ of Mandamus herein sought against the respondent is denied and the petition seeking said writ is dismissed at Petitioner's cost.

William L. ELLINGTON et al., Appellants,

v.

AMERICAN FIRE & CASUALTY CO., Appellee.

No. 13112.

United States Court of Appeals
Sixth Circuit.

Oct. 25, 1957.

Massey, Stone & Kirkland, Chattanooga, Tenn., for appellants.

Louis C. Harris, Chattanooga, Tenn., for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This being an appeal in a suit brought under a policy of insurance based upon a judgment of the State court in a personal injury case and the record clearly disclosing no facts that would bring the plaintiffs within the coverage of the policy;

It is hereby ordered that the judgment of the district court be and it is hereby affirmed on the findings of fact and conclusions of law of the district judge.